No. 545. STATE OF OHIO EX REL. GEORGE S. HAWKE *v.* ROBERT A. LEBLOND, AS PRESIDING JUDGE, ETC. Error to the Supreme Court of the State of Ohio. November 19, 1923. *Per Curiam.* The motion to advance is denied. The application for certiorari is also denied, and the writ of error is dismissed by the Court of its own motion, upon authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726. *Mr*

*George S. Hawke* for plaintiff in error.　*Mr. Robert A. Le-Blond* for defendant in error.